
U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 8 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**KENNETH KEENER**     Plaintiff

v.     NO. 04-4021

**DOMTAR INDUSTRIES, INC.**
Defendant, a foreign corporation     Defendant

## MOTION TO APPEAR PRO HAC VICE AND NOTICE OF APPEARANCE FOR PLAINTIFF

COMES NOW, JOHN HARDIN, an attorney duly licensed in the State of Texas, and moves this Court to allow him to appear and represent KENNETH KEENER in this Court proceeding in the United States District Court for the Western District of Arkansas.

I.

Movant is in good standing with the State of Texas, and has associated with Thomas H. Johnson, who is licensed in the State of Arkansas, for the purpose of this case.

Movant prays this Court will allow him to appear as counsel PRO HAC VICE.

Respectfully submitted,

JOHN HARDIN  TX Bar No. 24026654
HARDIN, HOUSE, HULTKRANTZ & ASSOC.
131 S. Tennessee St.
P.O. BOX 459
McKinney, TX 75069
972-542-4628 telephone
972-542-3294 facsimile

_(signature)_

Thomas H. Johnson
ABN 92249
410 Hickory St.
Texarkana, AR 71854
870-773-6359 telephone
870-772-0575 facsimile
ATTORNEY FOR THE PLAINTIFF

### CERTIFICATE OF SERVICE

On this 28th day of March 2006, a true and correct copy of the foregoing document was hand delivered to Louise Tausch at the United States District Court for the Western District of Arkansas.

_(signature)_

Thomas H. Johnson
Attorney for Plaintiff

### ORDER

It is hereby ORDERED that JOHN HARDIN is admitted as counsel in this case, and shall be recognized by this Court as an attorney for all purposes in this case.

The Motion to Appear PRO HAC VICE of HARDIN in this proceeding as counsel for KENNETH KEENER is hereby granted.

_(signature)_
JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 8 2006

CHRIS R. JOHNSON, CLERK
BY _(initials)_
DEPUTY CLERK

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

I, *KAREN MITCHELL*, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **John Charles Hardin**, Bar #08965500, was duly admitted to practice in said Court on 5/16/74, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on March 23, 2006.

KAREN MITCHELL, Clerk

BY: *[signature]*
Deputy Clerk