# UNITED STATES DISTRICT COURT

### DISTRICT OF

## JUDGMENT IN A CIVIL CASE

V.

Case Number:

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Date

Clerk

(By) Deputy Clerk